Same case below, 362 Fed. Appx. 550.

**No. 09-10105. Albert Earl Bolden, Jr., Petitioner v. United States.**

561 U.S. 1012, 130 S. Ct. 3469, 177 L. Ed. 2d 1067, 2010 U.S. LEXIS 5073.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 359 Fed. Appx. 66.

**No. 09-10214. Lance Shanon Lambert, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

561 U.S. 1012, 130 S. Ct. 3469, 177 L. Ed. 2d 1067, 2010 U.S. LEXIS 5037.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-10224. David Villarreal, Petitioner v. United States District Court for the Western District of Michigan.**

561 U.S. 1012, 130 S. Ct. 3494, 177 L. Ed. 2d 1067, 2010 U.S. LEXIS 4994.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10237. Shane M. Garland, Petitioner v. Mark E. Garland.**

561 U.S. 1012, 130 S. Ct. 3469, 177 L. Ed. 2d 1067, 2010 U.S. LEXIS 5014.

June 21, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 09-10238. Fredrick Anderson, Petitioner v. California.**

561 U.S. 1012, 130 S. Ct. 3470, 177 L. Ed. 2d 1067, 2010 U.S. LEXIS 5059.

June 21, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 09-10242. Charles R. Getz, Jr., Petitioner v. Stanley Taylor, et al.**

561 U.S. 1012, 130 S. Ct. 3470, 177 L. Ed. 2d 1067, 2010 U.S. LEXIS 5010,

June 21, 2010. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 986 A.2d 1164.

**No. 09-10243. Raymond Joseph Hawthorne, Jr., Petitioner v. United States.**

561 U.S. 1012, 130 S. Ct. 3470, 177 L. Ed. 2d 1067, 2010 U.S. LEXIS 5092.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 358 Fed. Appx. 595.

**No. 09-10251. John Divine, Petitioner v. Venetia Michael, Warden.**

561 U.S. 1012, 130 S. Ct. 3471, 177 L. Ed. 2d 1067, 2010 U.S. LEXIS 5158.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.